RETURN DATE: _June 14th, 2011  11:00 AM_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
In re:                                    Case No. _1-11-40923_
                                          Chapter: _13_


_TAHSEEN H. SYED_       Debtor(s)
----------------------------------------x


## NOTICE OF MOTION

SIRS:

PLEASE TAKE NOTICE that upon the annexed application of _GHEORGHE PETRE_ _purchaser_, ~~Debtor~~(s), a hearing will be held before the Hon. _CRAIG_, Bankruptcy Judge, to consider the ~~Debtor's~~ _purchaser_ motion for an order granting relief as follows:

_To grant an order so the property to be release from stay. pursuant to 11 USC 362(d) to permit me to evict the debtor_

Date and time of hearing: _June 14th, 2011, 11:00 AM_

Location:  U.S. Bankruptcy Court
           271 Cadman Plaza East, Suite 1595
           Brooklyn, New York 11201-1800
           Courtroom # _3529_, _3rd_ Floor

Dated: _May 25th, 2011_

_Gheorghe Petre_
─────────────────────
~~Debtor~~ (signature)
_purchaser_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                    Case No. *1-11-40923*
                                          Chapter: *13*


                  *TAHSEEN H. SYED*       Debtor(s)
------------------------------------------------------------x


### APPLICATION IN SUPPORT OF MOTION

To the Hon. *CRAIG*_____, Bankruptcy Judge:

I, *GHEORGHE PETRE*, *purchaser* / ~~Debtor~~ herein, make this application in support of my motion for the following relief: *To grant an order so the property to be release from stay, pursuant to 11 USC 362(d), to permit me to evict the debtor.*

In support of this motion, I hereby allege as follows: *please see attached application copies.*

_____.

WHEREFORE, ~~Debtor~~ *purchaser* prays for an Order granting relief requested.


Dated: *MAY 25th, 2011*

                                *Gheorghe Petre*
                                ~~Debtor~~ (signature)
                                *purchaser*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT

In re:                                              Case No. 1-11-40923
                                                    Chapter: 13

TAHSEEN H. SYED (debtor)


## NOTICE OF MOTION


Your Honor,

**1.** My name is GHEORGHE PETRE. I reside at 2016 Bleecker Street #1R, Ridgewood, New York, 11385.

**2.** On February 9th, 2011 there was a sheriff's auction for the property located at 107-23 111 St. Richmond Hill, N.Y. 11419.

**3.** The auction was held at the Queens County Sheriff's office located at 144-06 94th, Ave. Jamaica N.Y. 11435, in favor of Alberto Cardoso who had a money judgment in the amount of $258,361.17.

**4.** At the time of the auction Mr. Tahseen H. Syed, the previous owner, had several other debts and they are as follows:

- Commissioner of the State Insurance Fund - COM: 04/25/2001.............$    3,629.73

- State Farm Mutual Automobile Insurance - COM: 04/06/2005..............$    3,770.00

- Workers' Compensation Board - COM: 04/18/2005.........................$   40,250.00

- Criminal Court - COM: 03/02/1999......................................$       90.00

- Environmental Control Board - violation - 09/2010.....................$    4,000.00

1

- Environmental Control Board - violation - 09/2010..........................$    800.00

- Environmental Control Board - violation - 09/2010..........................$  4,000.00

- Environmental Control Board - violation - 09/2010..........................$  4,000.00

- Environmental Control Board - violation - 09/2010..........................$  4,000.00

- IRS - filled 10/08/2010.... ….…..........................................…...…....$ 339,881.00

- Environmental Control Board - violation - 10/2005..........................$  2,400.00

- Environmental Control Board - violation - 07/2008..........................$    100.00

- Water and sewer charges (at this time is)......................................$ 14,149.58

- Mortgage................................................…........………. I do not know how much is left behind,

The total amounts of all the debts left behind from this auction besides the house's mortgage are about $420,070.31.

At this moment the water bill is $14,893.76 and the **DEP** passed it on to my name. – A copy of this bill is attached.

5. Following the auction I spent several thousand dollars to cover the state taxes, transfer taxes and the house insurance, and then I opened a hold-over proceeding at the Landlord-Tenant court, **case No. 62545**, to evict Mr.Tahseen Syed who still resides at the above premises. – A copy of the court notice for the next appearance is attached.

6. On May 16th, 2011, during my first appearance at the Landlord-Tenant court, Mr. Tahseen Syed's attorney asked the judge for an adjournment explaining the bankruptcy proceeding. The judge accepted the verbal explanation and set the next appearance date for July 27th, 2011.

7. As I understood, the bankruptcy filing is a long term proceeding which can last to 5 years.

8. I bought the property for my own interest and I want to use it as such, therefore I am asking for an order so the property to be released from stay so I can be able to continue my eviction proceeding.

Case 1-11-40923-cec    Doc 32    Filed 05/25/11    Entered 05/25/11 11:35:13

9. It is very important for me to get such an order as soon as possible. I purchased the above property which currently I cannot use, and at this same time my current landlord gave me a 30 days notice to move out. – A copy of this notice is attached.

10. Copies of the deed as well as the recording at the department of finance are also attached.

May 25th, 2011

Respectfully yours,
Gheorghe Petre.

*[signature: Gheorghe Petre]*

**Back to NYCServ**                                                              *The Official New York City Web Site*

# Water & Sewer Charges | View Items

### Profile

| | | | |
|---|---|---|---|
| **Name:** | PETRE GHEORGHE | **Account Number:** | 6000727250001 |
| **Address:** | 107 23 111 ST<br>JAMAICA, NY 11419-0000 | **Status:** | ACTIVE |
| **Borough:** | Queens | | |

To display additional details for the item, click  in the Details Column. (A new window will open.)

Please select the items you wish to pay and then CONTINUE.

Outstanding Water Charges as of Monday, May 23, 2011 03:51 PM

| Select | Account Number | Details | Amount Due | Amount to Pay |
|---|---|---|---|---|
| ☐ | 6000727250001 | 🛈 | 14,893.76 | $ 0.00 |
| | | | **Total Due** | |
| | | | $14,893.76 | $ 0.00 |

Charges and amounts displayed above might not reflect payments made in the past few days.

If the information provided here is not accurate, please Contact Us. (A new window will open.)

[ BACK TO LIST ]                                            [ CANCEL ]   [ CONTINUE ]

Go to NYC.gov Home | Finance Home | Health | Consumer Affairs | Environmental Protection | Contact Us |
FAQs | Privacy Statement | Site Map | Search

Copyright © 2001 New York City D.O.F. All rights reserved. - Contact NYCServ (A new window will open).

# CIVIL COURT OF THE CITY OF NEW YORK

Your case *(Su caso)* 62545/11
has been: *(ha sido:)*

☐ Assigned to: *(Asignado a:)*

☑ Adjourned to: *(Aplazado para:)*

Part: *(Parte:)* D

Room: *(Sala:)* 406

Time: *(Hora:)* 9:30 AM

Date: *(Fecha:)* 7/27/11

CIV-GP-88 (Rev. 1/98)

## SHERIFF'S DEED - SALE UNDER EXECUTION

**This Indenture**, made the 3rd day of March, Two Thousand and Eleven,
**Between** Edgar Domenech as Sheriff of the City New York, in the State of New York, party of the first part, and:

    **Gheorghe Petre**,
    2016 Bleecker Street.
    Ridgewood, NY
    Party of the second part,

**Whereas**, a certain execution was issued out of the Supreme Court, New York County, on the 9th day of September 2010, on a judgment entered in the Supreme Court, New York County, in an action of **Alberto Cardoso**, Plaintiff against **Guinada Inc.**, **Skynel Design LLC**, and **Tasheen Haider Syed, P.E.**, Defendants, on the 17th day of July 2010, in favor of **Alberto Cardoso**, Judgment Creditor, against **Guinada Inc., Skynel Design LLC, and Tasheen Haider Syed, P.E.**, Judgment Debtors for the sum of two hundred fifty eight thousand three hundred sixty one dollars and seventeen cents ($258,361.17) as appears by the transcript and judgment roll filed in the Office of the Clerk of the Supreme Court, Queens County on the 2nd day of August 2010;

**Whereas**, said execution was directed and delivered to the Sheriff of the City of New York, commanding him to satisfy the judgment out of the real property, among other property, of the judgment debtor; and

**Whereas**, under the terms of the execution, the interest of the judgment debtor in the premises hereinafter conveyed and described was, per clause one below:

One: subject to the lien of said judgment when the execution was so delivered.

**Whereas**, the said Sheriff, by virtue of and in obedience to the command of said execution duly sold at public auction on the 9th day of February 2011, all the estate, right, title and interest which on the 2nd day of August 2010, or at any time thereafter, the said judgment debtors had, of, in and to said premises, having held the sale at New York City Sheriff's Office, Queens County Division, 144-06 94th Avenue, Jamaica, in the said County of Queens, and having first given public notice of the time and place of such sale, by advertising, serving and posting the same according to law, at which sale the said premises were struck off to **Gheorghe Petre** for the sum of **ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00)** being the highest bidder and that being the highest sum bidden for the same.

**Whereupon**, the Sheriff of the City of New York, after receiving from the said purchaser the said sum of money so bidden as aforesaid, gave to said, **Gheorghe Petre**, the proofs of publication, service and posting of the notice of said sale as directed by the law be given.

**Now This Indenture Witnessed**, that the said party of the first part, by virtue of the said Execution, and in pursuance of the act in such case made and provided, and in consideration of the sum of money so bidden as aforesaid, to him duly paid, **Hath** sold and by these presents **Doth** grant and convey unto the said party of the second part, the heirs or successors and assigns of the party of the second part forever, all the estate, right, title and interest which the said debtor had on the 2nd day of August 2010 or any time afterward, of, in and to:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Fourth Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows: to wit:

BEGINNING at a point on the easterly side of 111th Street, distant two hundred and twenty (220) feet southerly from the corner formed by the intersection of the southerly side of Roanoke Avenue with the easterly side of 111th Street;

RUNNING THENCE easterly parallel with Roanoke Avenue and part of the distance through a party wall, one hundred (100) feet;

THENCE southerly parallel with 111th Street, twenty (20) feet;

THENCE westerly and parallel with Roanoke Avenue and part of the distance through a party wall, one hundred (100) feet to the easterly side of 111th Street; and

THENCE northerly along the easterly side of 111th Street, twenty (20) feet to the point or place of beginning.

SAID PREMISES being known as and by the street number 107-23 111th Street, Richmond Hill, New York 11419    BLOCK: 9549    LOT: 70

*To Have and to Hold* the said above mentioned and conveyed premises unto the said party of the second part, the heirs or successors and assigns of the party of the second part forever, as fully and absolutely as the said party of the first part, as Sheriff as aforesaid, can or ought to sell and convey the same by virtue of the said Execution and the law relating thereto. The word "party" shall be construed as if it reads "parties" whenever the sense of this indenture so requires.

*In Witness Whereof*, the said Lindsay Eason, Sheriff of the City of New York, has duly executed this deed the day and year first above written.

In Presence Of:

_____        _____
                                  Edgar Domenech
                                  Sheriff of the City of New York

UNIFORM FORM CERTIFICATE OF ACKNOWLEDGEMENT

*State of New York*       )
*County of New York*      ) ss.:

On the 3rd day of March, in the year Two Thousand and Eleven, before me personally appeared Sheriff Edgar Domenech, personally known to me or proved to me on the satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as the Sheriff of the City of New York, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____        JEFFREY NEIL GROSSEL           **SEAL**
Signature and Office of Individual   NOTARY PUBLIC, State of New York
Taking acknowledgment                No. 02GR1786150
                                     Qualified in New York County
                                     Commission Expires 10/31/2013

Sheriff of the City of New York

To

Gheorghe Petre,

**SHERIFF'S DEED**
**SALE UNDER EXECUTION**

The land affected by the within instrument lies in Block 9549, Lot 70

Recorded at Request of:

Gheorghe Petre.



## THIRTY DAY NOTICE TERMINATING TENANCY

April 20, 2011

RE:  Premises; Apartment 1-R

at:   2016 Bleecker Street, Flushing, New York, 11385,

    used for Dwelling purposes.

**TO:**  GHEORGE PETRE,
"John Doe" and "Jane Doe"*
2016 Bleecker Street,
Flushing, New York 11385
Apartment # 1-R                        **, Tenant(s)**

*First name of Tenant(s) being fictitious
and unknown to Landlord, persons intended
being in possession of Apartment 1-R in
premises herein described as 2016 Bleecker Street,
Flushing, New York,

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on May 31, 2011, the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premise for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

**Dated:** April 20, 2011

                                                       KRZYSZTOF ROGOWSKI,
                                                       LANDLORD
                                                       2016 Bleecker Street,
                                                       Flushing, New York 11385

# SHERIFF'S SALE

*11-9-10  OK*
*MB*

BY VIRTUE OF AN EXECUTION ISSUED OUT OF THE SUPREME COURT, NEW YORK COUNTY, in favor of ALBERTO CARDOSO, and against GUINADA INC., SKYNEL DESIGN LLC, AND TASHEEN HAIDER SYED, P.E., to me directed and delivered, I WILL SELL AT PUBLIC AUCTION, by DENNIS ALESTRA, auctioneer, as the law directs, FOR CASH ONLY, on the 9th day of FEBRUARY 2011, at 1:00 o'clock in the afternoon, at the Queens County Sheriff's Office 144-06 94th Ave. Jamaica, NY 11435 in the county of Queens, all the right, title and interest which GUINADA INC., SKYNEL DESIGN LLC, AND TASHEEN HAIDER SYED, P.E., the judgment debtor(s), had on the 16TH day of August 2010, or at anytime thereafter, of, in and to the following properties:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Fourth Ward of the Borough and County of Queens, City and State of New York, bounded and described as follows: to wit:

BEGINNING at a point on the easterly side of 111th Street, distant two hundred and twenty (220) feet southerly from the corner formed by the intersection of the southerly side of Roanoke Avenue with the easterly side of 111th Street;

RUNNING THENCE easterly parallel with Roanoke Avenue and part of the distance through a party wall, one hundred (100) feet;

THENCE southerly parallel with 111th Street, twenty (20) feet;

THENCE westerly and parallel with Roanoke Avenue and part of the distance through a party wall, one hundred (100) feet to the easterly side of 111th Street; and

THENCE northerly along the easterly side of 111th Street, twenty (20) feet to the point or place of beginning.

SAID PREMISES being known as and by the street number 107-23 111th Street, Richmond Hill, New York 11419  BLOCK: 9549  LOT: 70

James Smyth  
Deputy Sheriff  
718-298-7416  
Case # Q10-32346

Lindsay Eason  
Sheriff of the City of New York





# OFFICE OF THE SHERIFF
# LAW ENFORCEMENT BUREAU

## Terms and Conditions of Execution Sale

**FINANCE NEW YORK** — THE CITY OF NEW YORK DEPARTMENT OF FINANCE

DATE: 2/9/11

DEPUTY: Sylvin Bowen LT

CASE #: Q10-32346

SALE DATE: 2/9/11

JUDGEMENT CREDITOR: Alberto Cardoso

-VS-

JUDGEMENT DEBTOR: Guinada Inc, Skynel Design LLC. AND Tasheen Haider Syed, P.E

**Terms and Conditions of Execution Sale:**

1. At knockdown, the successful bidder must pay in cash, money order or certified check, 10% of the bid price, but not less than $2,000.00, or the entire bid price. A memorandum of sale shall be executed then and there.

2. The balance of the bid price must be paid in the same legal tender, no later than three (3) business days thereafter.

3. In the event the successful bidder/purchaser fails to comply with the above conditions, the sale will be voided and rescheduled. Notification of any adjourned date will be given to those present who place their name and address on the attendance sheet.

4. A successful bidder/purchaser that fails to comply with the terms of the sale may be liable in damages to the judgment creditor.

5. Taxes, if any levied upon the sale, transfer or delivery must be paid by the purchaser.

## MEMORANDUM OF SALE

PURCHASER: Gheorghe Petre _ having this date purchased the judgment debtor (s) right, title and interest in the property (107-23 111th St) Richmond Hill NY as described in the posted notice of sale annexed hereto, for the sum of

$ 150,000.00 , hereby promises and agrees to comply with above stated terms and conditions.

DATED: 2/9/11

PURCHASER: Gheorghe Petre

RECEIPT OF $ 25,000.00 IS HEREBY ACKNOWLEGED, BALANCE DUE $ 125,000.00

DEPUTY SHERIFF: S. Bowen LT

## SCHEDULE

### (2) OPEN MORTGAGES OF RECORD:

MORTGAGOR: TAHSEEN SYED
MORTGAGEE: CITIBANK, N.A.
AMOUNT:    $125,600.00
DATED:     12/20/1989
RECORDED:  12/28/1989 IN REEL 2927 PAGE 1077

### ASSIGNMENT OF MORTGAGE:

ASSIGNOR: CITICORP MORTGAGE, INC., attorney-in-fact for
          CITIBANK, N.A., F/K/A FIRST NATIONAL CITY BANK
ASSIGNEE: MIDCOAST MORTGAGE CORPORATION
DATED: 04/20/1993
RECORDED: 06/08/1993 IN REEL 3584 PAGE 674


MORTGAGOR: TAHSEEN SYED
MORTGAGEE: MIDCOAST MORTGAGE CORPORATION
AMOUNT:    $1,799.55
DATED:     05/21/1993
RECORDED:  06/08/1993 IN REEL 3584 PAGE 676

### CONSOLIDATION, EXTENSION AND MODIFICATION AGREEMENT:

PARTY OF THE FIRST PART: TAHSEEN SYED
PARTY OF THE SECOND PART: MIDCOAST MORTGAGE CORPORATION
                DATED: 05/21/1993
                RECORDED: 06/08/1993 IN REEL 3584 PAGE 688
(CONSOLIDATES MORTGAGES NO. 1 AND 2 TO FORM A SINGLE LIEN
IN THE AMOUNT OF $121,500.00).

### ASSIGNMENT OF MORTGAGE:

ASSIGNOR: MIDCOAST MORTGAGE CORPORATION
ASSIGNEE: PNC BANK, N.A.
DATED: 04/16/1996
RECORDED: 11/08/1996 IN REEL 4460 PAGE 2136
(ASSIGNS MORTGAGES NO. 1 AND 2, AS CONSOLIDATED).

### JUDGMENTS AND LIENS:

(1) FEDERAL TAX LIEN, (4)JUDGMENTS AND (7) ENVIRONMENTAL
CONTROL BOARD LIENS AGAINST TAHSEEN SYED (SEE HEREIN).

```
Book Type -- Judgments Docket                      Index #
Judgment Type: TRANSCRIPT OF JUDGMENT              Effective Date: 01/05/2001
Court: Supreme Court                               Expiration Date: 04/25/2021
                                                   Docket Date:04/25/2001
                                                   Date Received:04/25/2001

Debtor Info:
SYED, TAHSEEN
107-23 111TH ST
RICHMOND HILL NY        11419-

Creditor Info:
COMMISSIONER OF THE STATE INSURANCE FUND
8        CORPORATE CTR DR
MELVILLE NY             11747-

Attorney:
ANES FRIEDMAN LEVENTHAL & SNYDER
266      SMITHTOWN BLVD
NESCONSET NY            11767-

Amount: $3,629.73

COM:04/25/2001-DEBTORS-TAHSEEN SYED D/B/A T & I EXCAVATING AND
      CONSTRUCTION             INDEX #00-23121
```

---

```
                                                   Control No. 000941558-01
Book Type -- Judgments Docket                      Index # 63832/03
Judgment Type: TRANSCRIPT OF JUDGMENT              Effective Date: 12/08/2004
Court: Civil Court                                 Expiration Date: 04/06/2025
                                                   Docket Date:04/06/2005
                                                   Date Received:04/06/2005

Debtor Info:
SYED, TAHSEEN
118      GRATES AVENUE
BROOKLYN NY             11238-

Creditor Info:
STATE FARM MUTUAL AUTOMOBILE INSURANCE
75-20    ASTORIA BLVD
E ELMHURST NY           11373-

Attorney:
SERPE, ANDREE & KAUFMAN
149      MAIN ST
HUNTINGTON NY           11743-

Amount: $3,770.00

COM:04/06/2005-INDEX #63832/03          CREDITOR: STATE FARM
    MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE              OF
    MARILYN F. THABET
```

---

```
                                                   Control No. 000943928-01
Book Type -- Judgments Docket                      Index # 8427/05
Judgment Type: JUDGMENTS                           Effective Date: 04/18/2005
Court: Supreme Court                               Expiration Date: 04/18/2025
                                                   Docket Date:04/18/2005
                                                   Date Received:04/18/2005

Debtor Info:
SYED, TAHSEEN
107-23 111TH ST
RICHMOND HILL NY        11419-2417

Creditor Info:
WORKERS' COMPENSATION BOARD OF NY STATE
20       PARK STREET
ALBANY NY               12207-

Attorney:
GENERAL COUNSEL OF WORKERS COMP BD OF NY
```

FEB-22-2011 TUE 02:54 PM intercounty abstract          FAX NO. 5163580136          P. 02/02

**AB**

AB

Page 4/5

ALBANY NY                    12207-

Amount: $40,250.00

COM:04/18/2005-DEBTORS: TAHSEEN SYED DBA T & I EXCAVATING & CONSTRUCTION

---

Book Type -- Judgments Docket
Judgment Type: JUDGMENTS
Court: Criminal Court

Control No. 000457917-01
Index # D004650/99
Effective Date: 01/12/1999
Expiration Date: 01/12/2019
Docket Date: 03/02/1999
Date Received: 03/02/1999

Debtor Info:
SYED, TAHSEEN H
107-23 111 ST
S OZONE NY

Creditor Info:
CRIMINAL COURT CITY OF NEW YORK
125-01 QUEENS BLVD
KEW GARDENS NY          11424-

Attorney:
RICHARD A. BROWN, D.A. QUEENS COUNTY
125-01 QUEENS BLVD
KEW GARDENS NY          11415-

Amount: $90.00

COM:03/02/1999-DOCKET #98Q061403

---

END RETURNS
************************************************************

4/5

Tuesday February 15, 2011

FEB-17-2011 THU 02:50 PM intercounty abstract        FAX NO. 5163580136        P. 07

AB

| AB | Page 5/11 |

SYED TAHSEEN
107-23 111 STREET
RICHMOND HILL, NY 11419
ECB Violation No.: 34751206Y    Date-09/10

Amt: $4,000.00

SYED TAHSEEN
107-23 111 STREET
RICHMOND HILL, NY 11419
ECB Violation No.: 34795574M    Date-09/10

Amt: $800.00

SYED TAHSEEN
107-23 111 STREET
RICHMOND HILL, NY 11419
ECB Violation No.: 34751205M    Date-09/10

Amt: $4,000.00

SYED TAHSEEN
107-23 111 STREET
RICHMOND HILL, NY 11419
ECB Violation No.: 34751204K    Date-09/10

Amt: $4,000.00

SYED TAHSEEN
107-23 111 STREET
RICHMOND HILL, NY 11419
ECB Violation No.: 34751200N    Date-09/10

Amt: $4,000.00

END RETURNS
*************************************************************

Uniform Commercial Code from ( 10/01/1988 - 02/09/11 )

Queens County
Search Parameters- Last:syed    First:tahseen

END RETURNS
*************************************************************

Federal Tax Liens from ( 01/94 - 02/09/11 )

Manhattan, Bronx, Queens, Kings County
Search Parameters- Last:syed    First:tahseen

Document ID- 2010100100226006    CRFN- 2010000339325
Instrument- FEDERAL LIEN-IRS
Filed- 10/08/2010    Collateral- N/A
File No-

DEBTOR Info:
SYED, TAHSEEN H

Friday February 11, 2011        5/11

```
FEB-17-2011 THU 02:50 PM intercounty abstract      FAX NO. 5163580136         P. 06
****************************************************
(Environmental Control Board)(Fire and Building) - Ending Date 01/31/11)
Search Parameters- Last:syed     First:tahseen

SYED TAHSEEN
107-23 111 STREET
QUEENS, NY 11419
ECB Violation No.: 140896874     Date-10/05          "BTH"

Amt: $2,400.00
-----------------------------------------------------
SYED TAHSEEN
107-23 111 STREET
SOUTH RICHMOND, NY 11419
ECB Violation No.: 155082382     Date-07/08          "OTH"

Amt: $100.00
4/11
                                                Friday February 11, 2011
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                    Case No. _1-11- 40923_
                                          Chapter: _13_


_TAHSEEN H. SYED_     Debtor(s)
---------------------------------------------------------x


## CERTIFICATE OF SERVICE

The undersigned certifies that on _May 25th, 2011_,
(date of mailing)
a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon [specify name and mailing address of each party served]:

TAHSEEN H. SYED 107-23 111 St. Richmond Hill, N.Y. 11419
BRUCE FEINSTEIN 86-66 110 St. Richmond Hill, N.Y. 11418
KARAMVIR DAHIYA 350 Broadway Suite 412, N.Y. N.Y. 10013
MICHAEL J. MACCO 135 Pinelawn Road Suite 120 South
          Melville, N.Y. 11747


Dated: _May 25th, 2011_

_____[signature]_____
(signature)

*Rev. 8/24/09*